# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 03, 2023

Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Timothy Shepherd
Federal Public Defender's Office
Western District of Texas
727 E. Cesar E. Chavez Boulevard
San Antonio, TX 78206

       No. 22-50834     USA v. Quiroz
                       USDC No. 4:22-CR-104-1

Dear Counsel:

This letter is to advise the parties that the court has requested a response addressing 21-11001; *United States v. Rahimi* to the be filed in this office on or before Monday, February 6, 2023, by no later than 4:30 p.m.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Melissa Mattingly*

                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc:
    Mr. Charles E. Fowler Jr.
    Ms. Maureen Scott Franco
    Mr. Scott Greenbaum
    Mr. David H. Thompson