No. 22-50834

# United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff–Appellant,*

v.

JOSE GOMEZ QUIROZ,

*Defendant–Appellee.*

Appeal from the United States District Court
for the Western District of Texas
No. 4:22-CR-104-DC

**APPELLANT UNITED STATES OF AMERICA'S UNOPPOSED
MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**

Under Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rule 26.2, the United States Attorney for the Western District of Texas moves for a 30-day extension of the time within which this Court requested that the Solicitor General file supplemental briefing in this case. In support of this motion, the government shows:

This case involves a Second Amendment challenge to 18 U.S.C. § 922(n), which makes it "unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to … receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce." In March 2022, Quiroz was charged with (1) making a false statement while buying a firearm, *see* 18 U.S.C. § 922(a)(6); and (2) receiving a firearm while under indictment, *see id.* § 922(n). (ROA.13–14.) A jury found him guilty of both counts. (ROA.192.) But, after the Supreme Court decided *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the district court granted Quiroz's motion to dismiss the indictment on the ground that § 922(n) facially violates the Second Amendment. (ROA.309.)

The parties completed initial briefing of this case on January 27, 2023. This Court heard oral argument on February 8, 2023.

On February 16, 2023, "[g]iven the significance of the issues, the panel request[ed] supplemental briefing from the Solicitor General." ECF No. 69 at 1. The panel "request[ed] that if supplemental briefing is submitted by the Solicitor General, it be filed on or before March 10, 2023." *Id.* at 3.

The government respectfully requests an additional 30 days, to and including April 10, 2023, to file the supplemental briefing requested by this Court. Good cause exists for the requested extension. *See* 5th Cir. R. 26.2. The Court's order included a list of five questions, most of which

call for historical analysis. The Court also emphasized that the list of questions is nonexhaustive and invited briefing on other aspects of the *Bruen* analysis. Additional time is needed to allow the government to engage in the research, internal consultations, and drafting necessary to respond to the Court's order.

The United States Attorney makes this request after conferring with the Office of the Solicitor General and with the Solicitor General's authorization. This request is not made for the purpose of delay.

******

For these reasons, the government respectfully requests an additional 30 days, to and including April 10, 2023, to file the supplemental briefing requested by this Court.

    Respectfully submitted,

    JAIME ESPARZA
    United States Attorney

    */s/ Charles E. Fowler, Jr.*
    CHARLES E. FOWLER, JR.
    Assistant United States Attorney

### CERTIFICATE OF CONFERENCE

I certify that on March 3, 2023, I contacted Quiroz's counsel, Timothy Shepherd, who stated that Quiroz does not oppose this motion.

                                              */s/ Charles E. Fowler, Jr.*
                                              CHARLES E. FOWLER, JR.
                                              Assistant United States Attorney

### CERTIFICATE OF SERVICE

I certify that on March 3, 2023, I filed this motion through this Court's electronic case-filing system, which will serve it on all registered counsel.

                                              */s/ Charles E. Fowler, Jr.*
                                              CHARLES E. FOWLER, JR.
                                              Assistant United States Attorney

### CERTIFICATE OF COMPLIANCE

I certify that

1. this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 420 words, excluding parts exempted by Rule 32(f); and

2. this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Office Word 365 in size 14 Calisto MT font.

Dated: March 3, 2023

                                              */s/ Charles E. Fowler, Jr.*
                                              CHARLES E. FOWLER, JR.
                                              Assistant United States Attorney