# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 09, 2023

Mr. Charles E. Fowler Jr.
McKool Smith, P.C.
303 Colorado Street
Suite 2100
Austin, TX 78701

Ms. Maureen Scott Franco
Federal Public Defender's Office
Western District of Texas
300 Convent Street
San Antonio, TX 78205

Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Scott Greenbaum
U.S. Attorney's Office
Southern District of Texas
1701 W. Highway 83
Bentsen Tower
Suite 600
McAllen, TX 78501-5160

Mr. Timothy Shepherd
Federal Public Defender's Office
Western District of Texas
300 Convent Street
San Antonio, TX 78205

    No. 22-50834   USA v. Quiroz
                     USDC No. 4:22-CR-104-1

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention

should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. David H. Thompson