# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 22-50834

───────────

United States Court of Appeals
Fifth Circuit
**FILED**
February 11, 2025
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellant*,

*versus*

Jose Gomez Quiroz,

*Defendant—Appellee.*

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-104-1

───────────────────────────────

ORDER:

(X) The Appellee's opposed motion for stay of the mandate pending petition for writ of certiorari is DENIED.

( ) The Appellee's opposed motion for stay of the mandate pending petition for writ of certiorari is GRANTED through _____ .

_____
Priscilla Richman
*United States Circuit Judge*