# United States Court of Appeals for the Fifth Circuit

No. 22-50834

United States Court of Appeals
Fifth Circuit
**FILED**
February 28, 2025
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellant*,

versus

Jose Gomez Quiroz,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-104-1

_____

<u>ON PETITION FOR REHEARING</u>

Before King, Richman, and Higginson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.